# SYKES & ASSOCIATES

**VINCE F. SYKES, ESQ.**
ADMITTED TO NEW YORK STATE BAR

---

June 22, 2026

VIA ECF
Hon. Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

**SO ORDERED:**
Defendants are directed to respond to this letter by close of business, June 29, 2026.

_Judith C. McCarthy_ _____ 6-26-26
JUDITH C. McCARTHY
United States Magistrate Judge

Re:    **Application for Discovery Relief Pursuant to the Court's April 13, 2026, Discovery Order**
       **Sarmiento v. Quality Inn Spring Valley–Nanuet, et al.**
       **Case No. 7:25-cv-07407 (NSR) (JCM)**

Dear Judge McCarthy:

Pursuant to the Court's April 13, 2026, Discovery Order, Plaintiff respectfully submits this letter concerning Defendants' continuing failure to comply with their discovery obligations under Rule 26, the SDNY Discovery Protocols—for Cases Alleging Employment Discrimination, and Plaintiff's formal discovery demands.

Defendants served facially deficient Rule 26(a)(1) disclosures—on or about March 17, 2026—identifying only Defendant Rajgopal Jonnalagadda as an individual likely to have discoverable information and producing a limited collection of materials consisting primarily of a text message, surveillance footage, an employee handbook, criminal court records, Plaintiff's alleged recantation statement, and insurance information.

On April 27, 2026, Plaintiff notified Defendants of the deficiencies in their Rule 26 disclosures and requested compliance with the SDNY Discovery Protocols. Plaintiff specifically requested production of complaint-related materials, investigation files, disciplinary records, management communications, training materials, and other categories of information contemplated by Rule 26 and the Protocols. Other than providing Kelvin Sopariwala's surname and job title, Defendants did not supplement their disclosures or produce the requested materials.

On May 20, 2026, Plaintiff served First Interrogatories and Requests for Production seeking many of the same categories of information and documents.

On June 16, 2026, Plaintiff again wrote to Defendants identifying the outstanding deficiencies and requesting compliance. Defendants did not respond.

---

The June 20, 2026, deadline for responding to Plaintiff's First Interrogatories and Requests for Production has now passed. Defendants have not served responses, asserted objections, produced documents, requested an extension, or otherwise communicated regarding their discovery obligations.

For the Court's convenience, Plaintiff has attached a Discovery Status Chart (Exhibit F) summarizing the categories of discovery requested and Defendants' production to date.

Accordingly, Plaintiff respectfully requests that the Court direct Defendants, within fourteen (14) days, to:

a) Supplement their Rule 26(a)(1) disclosures;

b) Produce the materials required by the SDNY Discovery Protocols for Cases Alleging Employment Discrimination;

c) Serve responses to Plaintiff's First Interrogatories;

d) Serve responses to Plaintiff's First Requests for Production;

e) Produce all non-privileged responsive documents and ESI;

f) Provide a privilege log for any withheld materials; and

g) Identify the custodians, devices, repositories, and sources searched for responsive information and documents.

Plaintiff attaches the April 27, 2026, correspondence, June 16, 2026, correspondence, Defendants' Rule 26 disclosures, Plaintiff's First Interrogatories and Requests for Production, and the Discovery Status Chart for the Court's reference.

Respectfully submitted,

*vincefsykes*

Vince F. Sykes, Esq.
Counsel for Plaintiff, Sarmiento
Tel: (845) 406-1386
vsykes@sykeslawfirm.com


Cc:    VIA EMAIL mmitkoff@grsm.com; and ECF
       Marci D. Mitkoff, Esq.
       Counsel for Defendants
       GORDON REES SCULLY MANSUKHANI | GRSM50